NO JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PAN-INTERNATIONAL ELECTRONICS, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARATHON GLOBAL LOGISTICS, INC., an Arkansas limited liability company; TOP GUN DISTRIBUTION SERVICES, INC., a California corporation; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV08-01067 R JTLx<br><br>Assigned For All Purposes To:<br>The Honorable Judge Manuel L. Real<br>Courtroom 8<br><br>**JUDGMENT IN FAVOR OF DEFENDANT TOP GUN DISTRIBUTION SERVICES, INC. AND AGAINST PLAINTIFF PAN-INTERNATIONAL ELECTRONICS, INC.**<br><br>**Action Filed**: February 15, 2008 |

The motion of defendant Top Gun Distribution Services, Inc. ("Top Gun") for partial summary judgment as to the second cause of action for negligence came on regularly for hearing before this Court on January 5, 2009 at 10:00 a.m. in Courtroom 8 of this Court, the Honorable Judge Manuel L. Real presiding.

The evidence presented having been fully considered, the issues having been duly heard, a decision having been duly rendered, and there being no remaining causes of action against defendant Top Gun Distribution Services[1],

IT IS ORDERED AND ADJUDGED that (a) plaintiff Pan-International Electronics, Inc. take nothing by way of its complaint as to defendant Top Gun Distribution Services, Inc., (b) the action be dismissed on the merits as to defendant Top Gun Distribution Services, Inc., and (c) defendant Top Gun Distribution Services, Inc. recover its costs.

Dated:__January 07, 2009 ___

United States District Court,
Central District of California

By:_____
Manuel L. Real, Judge Presiding

---

[1] On December 15, 2008, the Court granted defendant Top Gun Distribution Services' motion for partial summary judgment as to the third cause of action for "Violation of Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706," the only other cause of action made against the defendant in this case.

**JUDGMENT IN FAVOR OF DEFENDANT TOP GUN DISTRIBUTION SERVICES, INC. AND AGAINST PLAINTIFF PAN-INTERNATIONAL ELECTRONICS, INC.—2**